IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TDC SPECIALTY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>LOUISIANA HEALTH CARE CONSULTANTS, LLC, ET AL.,<br><br>    Defendants. | CASE NO. 2:22-cv-02455<br><br>DISTRICT JUDGE<br>JANE TRICHE MILAZZO<br><br>MAGISTRATE JUDGE<br>KAREN WELLS ROBY |

**EX PARTE MOTION TO WITHDRAW
COUNSEL OF RECORD BY DEFENDANT DONISE BOSCARENO**

NOW INTO COURT, through undersigned counsel, comes defendant Donise Boscareno, who respectfully moves this Court for an order withdrawing Thomas C. Wicker, IV (La. Bar Roll No. 37955), as counsel of record. Defendant's other enrolled counsel, Tyler J. Rench (La. Bar Roll No. 34049), will continue to represent her.

WHEREFORE, defendant Donise Boscareno prays that this Court enter an order granting her motion, withdrawing Thomas C. Wicker, IV (La. Bar Roll No. 37955) as counsel of record, and maintaining Tyler J. Rench (La. Bar Roll No. 34049) as counsel of record.

        Respectfully submitted,

        */s/ Tyler J. Rench*
        TYLER J. RENCH, T.A. (#34049)
        JONES WALKER LLP
        201 St. Charles Ave., Ste. 5100
        New Orleans, Louisiana 70170
        Telephone: (504) 582-8150
        Facsimile: (504) 589-8150
        Email: trench@joneswalker.com

        *Counsel for Defendant, Donise Boscareno*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served on all counsel of record using the Court's CM/ECF system this 13th day of November 2025.

                                                      */s/ Tyler J. Rench*